**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-63090-BLOOM/Valle**

YAMILE GUERRIER,
*on behalf of* L.C.,

       Plaintiff,

v.

ACTING COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff Yamile Guerrier, on behalf of L.C's, ("Plaintiff") Motion for Summary Judgment, ECF No. [22] ("Plaintiff's Motion"), and Defendant Andrew Saul, as Acting Commissioner of the Social Security Administration's, ("Defendant") Motion for Summary Judgment, ECF No. [23] ("Defendant's Motion"). In this case, Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security Administration, which denied Plaintiff's application for childhood Supplemental Security Income under the Social Security Act, 42 U.S.C. §§ 401, *et seq*. *See* ECF No. [1]. This case was referred to the Honorable Alicia O. Valle, United States Magistrate Judge, consistent with Administrative Order 2014-64, for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on any dispositive matters, pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1. ECF No. [14].

On February 14, 2020, Judge Valle issued a Report and Recommendations ("R&R") recommending that Plaintiff's Motion be granted, that Defendant's Motion be denied, and that this case be remanded for further proceedings. ECF No. [25]. The R&R further advised the parties that

objections to the R&R were due within fourteen days of being served with a copy of the R&R. *Id.*; *see* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy [of a report and recommendations], any party may serve and file written objections . . . as provided by rules of court."). To date, neither Plaintiff nor Defendant has filed objections to the R&R, nor have they sought additional time in which to do so. Nonetheless, the Court has conducted a *de novo* review of the R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon careful review, the Court finds Magistrate Judge Valle's R&R to be well-reasoned and correct. The Court agrees with the analysis in the R&R, and concludes that Plaintiff's Motion should be granted, and Defendant's Motion should be denied for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Valle's Report and Recommendations, **ECF No. [25]**, is **ADOPTED IN FULL**;

2. Plaintiff's Motion for Summary Judgment, **ECF No. [22]**, is **GRANTED**;

3. Defendant's Motion for Summary Judgment, **ECF No. [23]**, is **DENIED**;

4. This case is **REMANDED** for further proceedings consistent with the findings contained in the R&R; and,

5. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 2, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Alicia O. Valle

Counsel of record